UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Michael Day Enterprises, Inc., *et al.* | ) | Case Nos. 09-55159 & 09-55162 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Marilyn Shea-Stonum |

**SUPPLEMENT TO MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION TO COMPROMISE THE OBJECTIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' POSTPETITION FINANCING AND BIDDING PROCEDURES**

Michael Day Enterprises, Inc. and M & J Recycling, LLC (each a "Debtor" and collectively, the "Debtors"), in the above-captioned cases (the "Cases"), hereby supplement the *Motion of the Debtors and Debtors in Possession to Compromise the Objections of the Official Committee of Unsecured Creditors to Debtors' Postpetition Financing and Bidding Procedures* (the "Motion to Compromise") filed on December 7, 2009. Attached to this Supplement as Exhibit A is the proposed Final DIP Order (the "Stipulated Order"), which memorializes the terms settlement as set forth in the Motion to Compromise. In the event of any conflict between the terms of the Stipulated Order and the summary provided in the Motion to Compromise, the terms of the Stipulated Order control.

Respectfully submitted,

/s/ Kate M. Bradley
Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
*Proposed Counsel for the Debtors
and Debtors-in-Possession*